NO. 24-2054

## IN THE

## UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

MADHUSUDAN KATTI, on behalf of himself and other similarly situated members of his class,

                                                                                                    Plaintiff-Appellant.

WARWICK A. ARDEN, in his individual and official capacity; MYRON FLOYD, in his individual and official capacity; STITH "TOM" GOWER, in his individual and official capacity; JEAN GOODWIN, in her individual capacity; KEN ZAGACKI, in his individual capacity,

                                                                                                    Defendants-Appellees.

**PLAINTIFF-APPELLANT'S MOTION TO MOTION TO EXTEND TIME TO FILE PETITION AND DEEM PETITION TIMELY FILED**

      NOW COMES Plaintiff-Appellant Madhu Katti, by and through his undersigned attorney, and moves the Court to grant a one-day extension of time for filing the petition for rehearing and rehearing en banc and to deem the Petition timely filed. In support of this motion, Plaintiff- Appellant shows as follows:

1

1. The undersigned was finishing revisions of the petition yesterday evening, when she fell ill and was incapacitated to the extent that she could not either finish the Table of Authorities or file a motion to extend time.

2. As soon as the undersigned was able to recover sufficiently to finish the Table of Authorities and file the Petition and this Motion, this motion and petition were filed.

3. The undersigned's incapacitating illness is good cause for a one- day extension of time to submit the Petition.

For the foregoing reasons, Plaintiff-Appellant moves the Court to grant a one-day extension of time and deem the petition timely filed.

Respectfully submitted, this 17th day of December 2025.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar: 13417
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com
T: 919-810-3139
F: 919-823-6383
***Counsel for Plaintiff-Appellant***

## CERTIFICATE OF FILING AND SERVICE

I hereby certify the foregoing **MOTION** filed with the Circuit Clerk of the United States Court of Appeals for the Fourth Circuit, through the appellate CM/ECF system, will be served electronically to the registered participants via the Notice of Docket Activity.

Dated: December 17, 2025

                                                /S/ VALERIE L. BATEMAN
                                                Valerie L. Bateman
                                                NC State Bar: 13417
                                                NEW SOUTH LAW FIRM
                                                209 Lloyd St., Ste 350
                                                Carrboro, NC 27510
                                                valerie@newsouthlawfirm.com
                                                T: 919-810-3139
                                                F: 919-823-6383