FILED: December 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2054
(5:23-cv-00233-M-BM)

_____

MADHUSUDAN KATTI, on behalf of himself and other similarly situated members of his class

      Plaintiff - Appellant

v.

WARWICK A. ARDEN, in his individual and official capacity; MYRON FLOYD, in his individual and official capacity; STITH "TOM" GOWER, in his individual and official capacity; JEAN GOODWIN, in her individual capacity; KEN ZAGACKI, in his individual capacity

      Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to extend time and accepts the petition for rehearing and rehearing en banc as timely filed.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk