FILED: December 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2054
(5:23-cv-00233-M-BM)

_____

MADHUSUDAN KATTI, on behalf of himself and other similarly situated members of his class

      Plaintiff - Appellant

v.

WARWICK A. ARDEN, in his individual and official capacity; MYRON FLOYD, in his individual and official capacity; STITH "TOM" GOWER, in his individual and official capacity; JEAN GOODWIN, in her individual capacity; KEN ZAGACKI, in his individual capacity

      Defendants - Appellees

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

/s/Nwamaka Anowi, Clerk