FILED:  December 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-2054
(5:23-cv-00233-M-BM)

———————————

MADHUSUDAN KATTI, on behalf of himself and other similarly situated
members of his class

Plaintiff - Appellant

v.

WARWICK A. ARDEN, in his individual and official capacity; MYRON
FLOYD, in his individual and official capacity; STITH "TOM" GOWER, in his
individual and official capacity; JEAN GOODWIN, in her individual capacity;
KEN ZAGACKI, in his individual capacity

Defendants - Appellees

———————————

O R D E R

———————————

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Richardson,

and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk