FILED: January 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2054
(5:23-cv-00233-M-BM)

_____

MADHUSUDAN KATTI, on behalf of himself and other similarly situated members of his class

        Plaintiff - Appellant

v.

WARWICK A. ARDEN, in his individual and official capacity; MYRON FLOYD, in his individual and official capacity; STITH "TOM" GOWER, in his individual and official capacity; JEAN GOODWIN, in her individual capacity; KEN ZAGACKI, in his individual capacity

        Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered December 2, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*